# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**JOHN CARTWRIGHT (#721093)**                **CIVIL ACTION**

**VERSUS**

**DARREL VANNOY**                         **NO. 22-00388-BAJ-SDJ**

## RULING AND ORDER

On July 29, 2022, the Court issued an order directing Plaintiff to pay his initial partial filing fee of $10.77 (in whole or in part), or show cause, in writing, why his Complaint should not be dismissed for failure to pay the initial fee. (Doc. 8). The Court's July 29 Order further directed that any show cause response should be accompanied by evidence demonstrating either that Plaintiff has made the appropriate arrangements for payment of the fee, or copies of his inmate account(s) transaction statements showing the daily account activity and balance(s). (*Id.*). The Court ordered Plaintiff to respond within 21 days or risk dismissal of his suit without further notice. (*Id.*).

The record reflects that Plaintiff has submitted a response attempting to excuse his failed payment, but has not otherwise complied with the Court's directives to submit supporting documentation. (Doc. 9).

Accordingly,

**IT IS HEREBY ORDERED** that the above-captioned action be and is hereby **DISMISSED WITHOUT PREJUDICE** for failure to pay the initial filing fee.

Judgment shall be entered separately.

Baton Rouge, Louisiana, this 28th day of October, 2022

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**